## DECLARATION BY PLAINTIFF AMBER SCHRIVER

I, AMBER SCHRIVER, hereby declare that:

1. The following facts stated in this Declaration are based upon my own personal knowledge, except as to the information which is based upon information and belief, which I believe to be true. If called upon to testify as to the information contained in this Declaration, I could and would competently do so.

2. I am one of the named Plaintiffs in this case.

3. I purchased the Hazelnut Non-Dairy Beverage (Chocolate), Hazelnut Non-Dairy Beverage (Original), and Hemp Non-Dairy Beverage Unsweetened (Vanilla) products, described in the attached First Amended Complaint.

4. This Court is the appropriate venue for this action because Defendants have done and continue to do business in this District, Defendants have intentionally availed themselves of the markets within this District through the promotion, marketing, sale and distribution of their products within this District, and this case seeks injunctive relief to protect members of the public, including those Class members within this District.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing Declaration is true and correct, and was executed by me in the City of __/Mount Shasta/__, California, on __1/25/2016__.

_Amber Schriver_
AMBER SCHRIVER
Declarant

- 1 -
DECLARATION