Contact Us    Shop    Coupons    Foodservice

What are you looking for?

  |  | 

Broths & Stocks    Soups    Meals & Sides    Sauces & Purees    **Non-Dairy Beverages**    Special Diets

[see nutrition facts »](#)

 Like 17



 

Find a store near you

enter zip code

*not all products are available at every retailer

### Hemp Vanilla

Lightly sweetened with brown rice syrup, our hemp milk is smooth and creamy with a nutty flavor. Made from the hemp seed, it's a great source of plant-based nutrition including Omega 3 and 6 and essential amino acids.

#### INGREDIENTS

Hemp Nut Base (Water, Whole Hemp Nut [Shelled Hemp Seed])
Brown Rice Syrup
Natural Vanilla with Other Natural Flavors
Tricalcium Phosphate
Disodium Phosphate
Xanthan Gum
Vitamin A Palmitate
Vitamin D2
Riboflavin (B2)
Vitamin B12

#### SUITABLE FOR THESE SPECIAL DIETS

Vegetarian Diet, Vegan Diet, Lower Sodium, Kosher Parve, Dairy Free, Soy Free, Yeast Free,

**Hemp Milk can make pancakes fluffier than other alternatives and act most like dairy milk in baking.**

"your hemp vanilla milk is AWESOME!!" from Tien D.

EXHIBIT 1



What are you looking for?

Food | Kitchen | Our Story | & Purees | Non-Dairy Beverages | Special Diets

see nutrition facts »

Like 23



### Hazelnut Original

Harvested from local Oregon orchards, our hazelnuts impart a deliciously subtle flavor. This smooth and creamy beverage is perfect by the glass or in just about everything.

#### INGREDIENTS

Roasted Hazelnut Base (Water, Ground Roasted Hazelnuts)
Brown Rice Sweetener (Water, Brown Rice)
Tricalcium Phosphate
Gellan Gum
Sea Salt
Carrageenan
Riboflavin (B2)
Vitamin A Palmitate
Vitamin D2

Contains: Tree Nuts (Hazelnuts)

#### SUITABLE FOR THESE SPECIAL DIETS

Vegetarian Diet, Vegan Diet, Lower Sodium, Kosher Parve, Gluten Free, Dairy Free, Soy Free, Wheat Free, Yeast Free,

 

**Find a store near you**

enter zip code

*not all products are available at every retailer

**Because of the strength of Hazelnut's flavor, it's recommended for use in baking and coffee applications, but can overpower savory applications.**

"HOLY MOLY!!! @pacificfoods Hazelnut Milk mixed with vanilla protein powder is more like a dessert than a breakfast - in an awesome way!" from @Baconbutterbooz

EXHIBIT 2

Contact Us    Shop    Coupons    Foodservice

What are you looking for?

**Pacific**

Food | Kitchen | Our Story

Broths & Stocks    Soups    Meals & Sides    Sauces & Purees    Non-Dairy Beverages

Special Diets

[see nutrition facts »](#)

Like 1



**Find a store near you**

enter zip code

*not all products are available at every retailer

## Ultra Soy Vanilla

With all the essential amino acids our bodies need, soy is a valued source of protein around the world. We've added a touch of sweetness and a whole lot of essential minerals and vitamins for a refreshing beverage that's as nutritious as it is delicious.

### INGREDIENTS

Organic Soy Base (Water, Whole Organic Soybeans)
Dried Cane Syrup
Natural Vanilla Flavor With Other Natural Flavors
Tricalcium Phosphate
Sea Salt
Carrageenan
Riboflavin (B2)
Vitamin E (D-Alpha-Tocopherol Acetate)
Vitamin D2
Vitamin B6 (Pyridoxine Hcl)
Vitamin A (Palmitate)
Vitamin B12

Contains: Soy

### SUITABLE FOR THESE SPECIAL DIETS

Vegetarian Diet, Vegan Diet, Kosher Parve, Gluten Free, Dairy Free, Wheat Free, Yeast Free,

**While milk's typically higher fat content can mask the true taste of a food, non-dairy alternatives can make the great flavors you work so hard to produce really s**

you might also enjoy

**EXHIBIT 3**

| Broths & Stocks | Soups | Meals & Sides | Sauces & Purees | Non-Dairy Beverages | Special Diets |

Contact Us    Shop    Coupons    Foodservice

**What are you looking for?**



| Food | Kitchen | Our Story |



 

## Hemp Original

Lightly sweetened with brown rice syrup, our hemp milk is smooth and creamy with a nutty flavor. Made from the hemp seed, it's a great source of plant-based nutrition including Omega 3 and 6 and essential amino acids.

### INGREDIENTS

Hemp Nut Base (Water, Whole Hemp Nut [Shelled Hemp Seed])
Brown Rice Syrup
Tricalcium Phosphate
Disodium Phosphate
Xanthan Gum
Vitamin A Palmitate
Vitamin D2
Riboflavin (B2)
Vitamin B12

### SUITABLE FOR THESE SPECIAL DIETS

Vegetarian Diet, Vegan Diet, Lower Sodium, Kosher Parve, Dairy Free, Soy Free, Yeast Free,

**Find a store near you**

enter zip code

*not all products are available at every retailer

**Hemp Milk can make pancakes fluffier than other alternatives and act most like dairy milk in baking.**

"I think a hemp smoothie is on the horizon... #eatclean #healthy #heartmonth" from @youanew

EXHIBIT 4

Contact Us  Shop  Coupons  Foodservice

What are you looking for?

| Food | Kitchen | Our Story |

**Broths & Stocks**  **Soups**  **Meals & Sides**  **Sauces & Purees**  **Non-Dairy Beverages**

**Special Diets**

[see nutrition facts »](#)

Like 37



 

**Find a store near you**

enter zip code

*not all products are available at every retailer

## Unsweetened Hemp Original

Just like our other varieties, this unsweetened hemp milk is smooth and creamy with a nutty flavor.  Made from the hemp seed, it's a great source of plant-based nutrition including Omega 3 and 6 and essential amino acids.

### INGREDIENTS

Hemp Nut Base (Water, Whole Hemp Nut [Shelled Hemp Seed])
Natural Vanilla with Other Natural Flavors
Tricalcium Phosphate
Disodium Phosphate
Gum Arabic
Xanthan Gum
Carrageenan
Vitamin A Palmitate
Vitamin D2
Riboflavin (B2)
Vitamin B12

### SUITABLE FOR THESE SPECIAL DIETS

[Vegetarian Diet,](#) [Vegan Diet,](#) [Lower Sodium,](#) [Kosher Parve,](#) [Dairy Free,](#) [Soy Free,](#) [Yeast Free,](#)

**To achieve the same sweetness level as milk, add a teaspoon of sugar to Unsweetened beverages.**

"Pumpked to try @pacificfoods new unsweetened hemp beverage!! I think a hemp smoothie is on the

EXHIBIT 5





Contact Us | Shop | Coupons | Foodservice

What are you looking for?

Food | Kitchen | Our Story

Broths & Stocks | Soups | Meals & Sides | Sauces & Purees | **Non-Dairy Beverages** | Special Diets

**see nutrition facts »**

Like  6



## Hemp Chocolate

Tasting its rich chocolate and real cocoa, you'd never know this creamy treat is a natural nutrition dynamo. We coax out the nutty flavor of the hemp seed and pay it a perfect complement: chocolate.

### INGREDIENTS

Hemp Nut Base (Water, Whole Hemp Nut [Shelled Hemp Seed])
Brown Rice Syrup
Calcium Phosphate
Cocoa (Processed with Alkali)
Tricalcium Phosphate
Chocolate Liquor
Natural Flavors
Disodium Phosphate
Gum Arabic
Xanthan Gum
Carageenan
Vitamin A Palmitate
Vitamin D2
Riboflavin (B2)
Vitamin B12

 

**Find a store near you**

enter zip code

*not all products are available at every retailer

### SUITABLE FOR THESE SPECIAL DIETS

Vegetarian Diet, Vegan Diet, Lower Sodium, Kosher Parve, Dairy Free, Soy Free, Yeast Free,

*Hemp Milk can make pancakes fluffier than other alternatives and act most like dairy milk in baking.*

"THANK YOU for being non-GMO verified, and for caring enough about your consumers and our planet to only provide quality and healthy foods." from Robin S.

EXHIBIT 6

Contact Us   Shop   Coupons   Foodservice

What are you looking for?

# Pacific

Food | Kitchen | Our Story

Broths & Stocks    Soups    Meals & Sides    Sauces & Purees    Non-Dairy Beverages

Special Diets

see nutrition facts »



 

**Find a store near you**

enter zip code

*not all products are available at every retailer

Like 5

## Rice Original

A refreshing alternative to dairy, our rice beverage is naturally sweet with no added sugar. As great on its own as it is in recipes, it's a kitchen staple that's good in just about anything.

### INGREDIENTS

Water
Brown Rice
Expeller Pressed Canola Oil
Tricalcium Phosphate
Natural Flavor
Sea Salt
Guar Gum
Xanthan Gum
Carob Bean Gum
Carrageenan
Vitamin A Palmitate
Vitamin D2

### SUITABLE FOR THESE SPECIAL DIETS

Vegetarian Diet, Vegan Diet, Lower Sodium, Kosher Parve, Low Fat, Gluten Free, Dairy Free, Soy Free, Wheat Free, Yeast Free,

**Pacific's grain beverages do not include any added sugar, they're sweetened exclusively from the grains themselves.**

"Keep up the good work & bringing more quality products to our kitchens. Thanx Pacific!" from

EXHIBIT 7



Contact Us   Shop   Coupons   Foodservice

What are you looking for?

Food | Kitchen | Our Story

Broths & Stocks    Soups    Meals & Sides    Sauces & Purees    Non-Dairy Beverages

Special Diets

[see nutrition facts »](#)

Like 0



### Rice Vanilla

A refreshing alternative to dairy, our rice beverage is naturally sweet with no added sugar. As great on its own as it is in recipes, it's a kitchen staple that's good in just about anything.

#### INGREDIENTS

Water
Brown Rice
Expeller Pressed Canola Oil
Natural Vanilla Flavor with Other Natural Flavors
Tricalcium Phosphate
Sea Salt
Guar Gum
Xanthan Gum
Carob Bean Gum
Carrageenan
Vitamin A Palmitate
Vitamin D2

 

#### SUITABLE FOR THESE SPECIAL DIETS

Vegetarian Diet, Vegan Diet, Lower Sodium, Kosher Parve, Low Fat, Gluten Free, Dairy Free, Soy Free, Wheat Free, Yeast Free,

**Find a store near you**

enter zip code

*not all products are available at every retailer

**Pacific's grain beverages do not include any added sugar, they're sweetened exclusively from the grains themselves.**

you might also enjoy

**EXHIBIT 8**



| Broths & Stocks | Soups | Meals & Sides | Sauces & Purees | Non-Dairy Beverages |

Contact Us   Shop   Coupons   Foodservice

What are you looking for?



Food | Kitchen | Our Story |

see nutrition facts »

Like 1





**Find a store near you**

enter zip code

*not all products are available at every retailer

## Ultra Soy Original

With all the essential amino acids our bodies need, soy is a valued source of protein around the world. We've added a touch of sweetness and a whole lot of essential minerals and vitamins for a refreshing beverage that's as nutritious as it is delicious.

### INGREDIENTS

Organic Soy Base (Water, Whole Organic Soybeans)
Dried Cane Syrup
Natural Flavors
Tricalcium Phosphate
Sea Salt
Carrageenan
Riboflavin (B2)
Vitamin E (D-Alpha-Tocopherol Acetate)
Vitamin D2
Vitamin B6 (Pyridoxine Hcl)
Vitamin A (Palmitate)
Vitamin B12

Contains: Soy

### SUITABLE FOR THESE SPECIAL DIETS

Vegetarian Diet,   Vegan Diet,   Kosher Parve,   Gluten Free,   Dairy Free,
Wheat Free,   Yeast Free,

**Original and Vanilla products can be used interchangeably in most recipes, though for savory applications you're likely to prefer an Original flavor.**

you might also enjoy

EXHIBIT 9