UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADISHA PERERA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PACIFIC FOODS OF OREGON, INC.,<br><br>    Defendant. | Case No. 14-cv-02074-JD<br><br>**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE** |

In this food labelling case, the primary factual basis of plaintiffs' complaint is that defendant "Pacific Natural Foods prominently labels [certain of its food] products as 'all natural' when in fact they contain non-natural ingredients, including artificial or synthetic ingredients." Dkt. No. 54 ¶ 5. In *Kane v. Chobani, LLC*, Case No. 14-15670, 2016 WL 1161782, at *1 (9th Cir. Mar. 24, 2016), our circuit remanded the action to the district court "with instructions to enter a stay of proceedings under the primary jurisdiction doctrine." One of the two bases for this instruction was the FDA's November 2015 "request for comments regarding the use of the term 'natural' in connection with food product labeling." *Id*. Consistent with that ruling, the Court re-imposes a stay in this case until the FDA's "natural" proceedings have concluded. The parties are directed to file a joint status report providing notice to the Court within ten days of any guidance issued by the FDA on the "natural" issue, or any other significant development that affects this case. The Court will close the case for administrative purposes while it is stayed.

**IT IS SO ORDERED.**

Dated: March 20, 2017

JAMES DONATO
United States District Judge